


**FILED**

**DEC 7 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ROBERT KAHRE; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,

Respondent,

UNITED STATES OF AMERICA,

Real Party in Interest.

No. 06-74828

D.C. Nos. CR-05-00120-RCJ
             CR-05-00121-RCJ

District of Nevada,
Las Vegas

ORDER

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

Petitioners have not demonstrated that these cases warrant the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

S:\_MoATT\06-74828.wpd

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

DEC 0 7 2006

by: *[signature]*
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL

| | |
|---|---|
| In re: ROBERT KAHRE<br>    Petitioner | William A. Cohan, Esq.<br>FAX 858/550-9049<br>858/550-9095<br>Ste. 550<br>[COR LD NTC ret]<br>8910 University Center Ln.<br>San Diego, CA 92122-1026 |
| In re: LORI KAHRE<br>    Petitioner | Michael J. Kennedy, Esq.<br>FAX 702/388-6261<br>702/388-6577<br>Suite 250<br>[COR LD NTC afp]<br>FPDNV - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (LAS VEGAS)<br>411 E. Bonneville St.<br>Las Vegas, NV 89101 |
| In re: MYRA BUONOMO<br>    Petitioner | T. Louis Palazzo, Esq.<br>FAX 702/385-3856<br>702/*385-3850<br>2nd Floor<br>[COR LD NTC ret]<br>BROWN, WELLS, BELLER & KRAVITZ<br>520 S. 4th St.<br>Las Vegas, NV 89101 |
| In re: JOEL AXBERG<br>    Petitioner | Lisa A. Rasmussen, Esq.<br>FAX 702/822-2650<br>702/822-2640<br>[COR LD NTC ret]<br>LAVELLE & ASSOCIATES<br>8831 W. Sahara Ave.<br>Las Vegas, NV 89117 |
| In re: HEIDI RASMUSSEN<br>    Petitioner | Travis E. Shetler, Esq.<br>FAX 702/866-0093<br>702/866-0089<br>[COR LD NTC ret]<br>618 S. 7th St.<br>Las Vegas, NV 89101 |
| In re: ALEXANDER LOGLIA<br>    Petitioner | Joel F. Hansen, Esq.<br>702/385-5533<br>Suite 200<br>[COR LD NTC ret]<br>HANSEN & HANSEN, L.L.C.<br>415 South Sixth Street<br>Las Vegas, NV 89101 |
| In re: ROBERT J. FURMAN<br>    Petitioner | Chris T. Rasmussen, Esq.<br>702/464-6007<br>Ste 1100-A<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL
```

|  |  |
|---|---|
| | CHRIS RASMUSSEN, CHTD.<br>330 South Third Street<br>Las Vegas, NV 89101 |
| In re: DEBRA A. ROSENBAUM<br>     Petitioner | Andrew Fritz, Esq.<br>FAX 702/383-2865<br>702/383-5151<br>[COR LD NTC ret]<br>625 S. 6th St.<br>Las Vegas, NV 89101 |
| In re: JOHN W. KAHRE<br>     Petitioner | Benjamin C. Durham, Esq.<br>FAX 702/474-1320<br>702/474-4222<br>[COR LD NTC ret]<br>BENJAMIN C. DURHAM, CHTD.<br>815 S. Casino Center<br>Las Vegas, NV 89101 |
| In re: STEVEN T. ROSENBAUM<br>     Petitioner | Bret O. Whipple, Esq.<br>FAX 702/543-3505<br>702/895-7300<br>Ste. 205<br>[COR LD NTC ret]<br>LAW OFFICE OF BRET WHIPPLE<br>229 S. Las Vegas Blvd., S.<br>Las Vegas, NV 89101 |
| In re: ENRIQUE CEBALLOS<br>     Petitioner | Osvaldo E. Fumo, Esq.<br>FAX 702/474-4210<br>702/474-7554<br>[COR LD NTC ret]<br>1212 Casino Center Blvd.<br>Las Vegas, NV 89104 |
| In re: DANIELLE CLINE<br>     Petitioner | Donald W. MacPherson, Esq.<br>FAX 623/209-2008<br>623/209-2003<br>[COR LD NTC ret]<br>THE MACPHERSON GROUP, PC<br>7508 N. 59th Ave.<br>Glendale, AZ 85301 |
| In re: RICHARD W. WELLMAN<br>     Petitioner | Daniel J. Albregts, Esq.<br>FAX 702/474-0739<br>702/474-4004<br>Suite 202<br>[COR LD NTC ret]<br>DANIEL J. ALBREGTS, LTD.<br>601 S. Tenth St.<br>Las Vegas, NV 89101 |

--------------------------

```
INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL


ROBERT KAHRE                        William A. Cohan, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

LORI KAHRE                          Michael J. Kennedy, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC afp]

MYRA BUONOMO                        T. Louis Palazzo, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

JOEL AXBERG                         Lisa A. Rasmussen, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

HEIDI RASMUSSEN                     Travis E. Shetler, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

ALEXANDER LOGLIA                    Joel F. Hansen, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

ROBERT J. FURMAN                    Chris T. Rasmussen, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

DEBRA A. ROSENBAUM                  Andrew Fritz, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

JOHN W. KAHRE                       Benjamin C. Durham, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

STEVEN T. ROSENBAUM                 Bret O. Whipple, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

ENRIQUE CEBALLOS                    Osvaldo E. Fumo, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

DANIELLE CLINE                      Donald W. MacPherson, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]

RICHARD W. WELLMAN                  Daniel J. Albregts, Esq.
     Petitioner                     (See above)
                                    [COR LD NTC ret]


Docket as of December 6, 2006 11:11 pm              Page 4    NON-PUBLIC
```

moatt

INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL

   v.

```
U.S. DISTRICT COURT THE            No appearance
DISTRICT OF NEVADA (LAS VEGAS)     No appearance
     Respondent

UNITED STATES OF AMERICA           Gregrory J. Damm, AUSA
     Real Party in Interest        [COR LD NTC aus]
                                   USLV - OFFICE OF THE U.S.
                                   ATTORNEY
                                   Lloyd George Federal Bldg.
                                   333 Las Vegas Blvd., S
                                   Las Vegas, NV 89101
```