IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:05-CR-121-DAE-RJJ-12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEXANDER LOGLIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING SECOND MOTION TO EXTEND TIME TO SELF-SURRENDER

On March 10, 2014, the Court ordered Defendant Alexander Loglia ("Defendant") to self-surrender at an institution designated by the Bureau of Prisons on June 7, 2014 at 12:00 noon. (Dkt. # 2864.) On May 28, 2014, Defendant filed an unopposed Motion to Extend Date to Report to Federal Bureau of Prisons to July 7, 2014, averring that as of May 28, 2014, the Bureau of Prisons had not yet designated his institution to serve his sentence. (Dkt. # 2871.) The Court granted Defendant's first motion to extend time to self-surrender, ordering that Defendant self-surrender on July 7, 2014 at noon. (Dkt. # 2872.) On June 26, 2014, Defendant filed the instant unopposed motion for extended time to self-

surrender, requesting an August 4, 2014 self-surrender date for the same reason as above. (Dkt. #2873.)

Finding good cause for additional time, the Court **GRANTS** Defendant's Motion and **ORDERS** Defendant to self-surrender for service of sentence on **August 4, 2014** before **12:00 noon** local time to the institution designated by the Federal Bureau of Prisons. The Court also reaffirms its prior judicial recommendations for Fort Dix, New Jersey and Allentown, Pennsylvania.

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, June 27, 2014.

_____

David Alan Ezra
Senior United States Distict Judge