KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT ALEXANDER LOGLIA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-cr-00121-RCJ-RJJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR EXONERATION OF BOND** |
| ALEXANDER LOGLIA, et al. | |
| Defendants. | |

This cause came on for consideration upon the Defendant Alexander Loglia's Motion to Exonerate Bond. The records in the instant case indicate that the conditions of the Appearance and Compliance Bond, posted by Defendant Alexander Loglia on November 18, 2009, have been satisfied in accordance with Fed.R.Crim.P. 46(g) and that the bond should be exonerated. Therefore, it is,

**ORDERED:**

The Appearance and Compliance Bond posed on November 18, 2009, shall be EXONERATED.

**DONE AND ORDERED** this 12 day of _June_, 2015.

_____
UNITED STATES DISTRICT JUDGE