UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| USA, | § | NO. 2:05-CR-121-DAE-GWF |
| Plaintiff, | § | |
| vs. | § | |
| LOGLIA et al., | § | |
| Defendants. | § | |

## ORDER REFERRING CJA MATTERS

In accordance with the authority vested in United States Magistrate Judges pursuant to 28 U.S.C. § 636(b)(3), all CJA compensation matters for appointed counsel are hereby referred to Magistrate Judge George W. Foley.

**IT IS ORDERED**

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE
Dated: January 4, 2016