UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| ALEXANDER C. LOGLIA, | § | No. 2:05-CR-121(12)-DAE |
|---|---|---|
| Petitioner, | § | |
| vs. | § | |
| UNITED STATES, | § | |
| Respondent. | § | |

ORDER DIRECTING RESPONDENT TO FILE A RESPONSE

Before the Court is Alexander C Loglia's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 file on October 4, 2015. (Dkt. #2887) On July 31, 2016, Petitioner filed a supplement to the motion. The United States ("Respondent") has not filed a Response to the Motion.

Therefore, it is **ORDERED** that Respondent file a Response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 no later than thirty (30) days from the date of this Order.

**IT IS SO ORDERED**

**IT IS FURTHER ORDERED** that the Clerk ensure this Order is served on the Government.

**DATE:** August 2, 2016.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE